# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SUSTRIK, et al., | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 44) |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to seal, Docket No. 44, and a supplement thereto, Docket Nos. 50-51. The motion to seal relates to an underlying discovery motion, and the Court applies the "good cause" standard to determine whether the exhibits at issue should be kept secret from the public. *See The Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Equifax has filed a declaration explaining that the exhibits at issue contain proprietary information, the release of which would put it at a competitive disadvantage. *See* Docket No. 51-2. For good cause shown, the motion to seal is **GRANTED**, and the Clerk's Office is **INSTRUCTED** to maintain under seal Docket Nos. 42-8, 43, and 46.

IT IS SO ORDERED.

DATED: October 11, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge