# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SUSTRIK, et al., | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is an order for Plaintiffs' counsel to show cause why he should not be sanctioned for filing on the public docket two exhibits designated by Equifax as confidential pursuant to the parties' stipulated protective order. Docket No. 49. Plaintiffs' counsel has filed a response. Docket Nos. 50, 51. The Court appreciates counsel's forthrightness in accepting responsibility for this mistake, and the Court accepts his representations that the public filing of this confidential information was inadvertent. At the same time, it is especially important that confidential and other sensitive materials are filed by attorneys with care in accordance with applicable procedures. Once such materials are revealed publicly, the ability of courts to make it secret again may be limited. *See, e.g.*, *Ashcraft v. Welk Resort Group*, 2017 WL 4038397, at *2 n.2 (D. Nev. Sept. 13, 2017). It is counsel's responsibility to ensure that he is filing confidential materials in a proper manner. To that end, the Court **CAUTIONS** counsel that, moving forward, he must comply with all applicable rules and orders regarding the filing of confidential materials. **FAILURE TO DO SO MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

Except as stated herein, the order to show cause is otherwise **DISCHARGED**.

IT IS SO ORDERED.

DATED: October 11, 2017

                                                                          _____
NANCY J. KOPPE
United States Magistrate Judge