Bradley T. Austin
SNELL & WILMER, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Zachary A. McEntyre (admitted *pro hac vice*)
Misty L. Peterson (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Tel: 404-572-4600
Fax: 404-572-5100
Email: zmcentyre@kslaw.com
         mpeterson@kslaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON BARNUM, JERRY P. CABEBE, ROBERT SUSTRIK, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:16-cv-02866-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR EQUIFAX TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between the parties, through their respective attorneys, that Defendant Equifax Information Services, LLC's ("Equifax") time to file a response to Plaintiffs' Motion to Compel (filed on October 4, 2017, Dkt. No. 42) shall be extended from October 18, 2017, to October 25, 2017.

Good cause exists for this extension—namely, to allow Equifax additional time to prepare its response to Plaintiffs' Motion to Compel due to the recent issues with sealing certain exhibits to same (Dkt. Nos. 43-54).

4837-0956-4494

This is the first stipulation for extension of time to respond to Plaintiff's Motion to Compel. The stipulation is filed in good faith and is not intended to cause delay.

Respectfully submitted this 12th day of October, 2017.

| /s/ *Matthew I. Knepper* | /s/ *Bradley T. Austin* |
|---|---|
| Matthew I. Knepper | Bradley T. Austin |
| Miles N. Clark | SNELL & WILMER, LLP |
| KNEPPER & CLARK, LLC | 3883 Howard Hughes Pkwy, Suite 1100 |
| 10040 W. Cheyenne Ave. | Las Vegas, NV 89169 |
| Suite 170-109 | |
| Las Vegas, NV 89129 | Zachary A. McEntyre (admitted *pro hac vice*) |
| Email: matthew.knepper@knepperclark.com | Misty L. Peterson (admitted *pro hac vice*) |
| Email: miles.clark@knepperclark.com | KING & SPALDING LLP |
| | 1180 Peachtree Street N.E. |
| David H. Krieger | Atlanta, Georgia 30309-3521 |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | Bryan E. Zubay (admitted pro hac vice) |
| Suite 350 | KING & SPALDING LLP |
| Henderson, NV 89123 | 1100 Louisiana Street, Suite 4000 |
| Email: dkrieger@hainesandkrieger.com | Houston, Texas 77002-5213 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC* |

**DENIED**, as the parties fail to explain how issues related to sealing impacted Equifax's ability to file a timely response.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 13, 2017

- 2 -

4837-0956-4494