UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT SUSTRIK, et al.,

          Plaintiff(s),

vs.

EQUIFAX INFORMATION SERVICES, LLC,

          Defendant(s).

Case No. 2:16-cv-02866-RFB-NJK

ORDER

(Docket No. 57)

Pending before the Court is Plaintiffs' motion to extend the discovery cutoff by 90 days. Docket No. 57. Defendant filed a response in partial opposition, agreeing only to an extension of 30 days. Docket No. 60. Plaintiffs filed a reply. Docket No. 62. Had common-sense practicality and cooperation prevailed during the meet-and-confer process, this dispute would not have required judicial intervention. *Cf. Olesczuk v. Citizens One Home Loans*, 2016 U.S. Dist. Lexis 153342, at *2-3 (D. Nev. Nov. 4, 2016).[1] Having now reviewed the motion and briefing, the Court finds good cause exists for a 60-day

---

[1] The parties contacted chambers in an attempt to resolve this dispute informally pursuant to Local Rule 1-1(b) <u>before conducting their required meet-and-confer on the dispute</u>. *See* Docket No. 57-1 at ¶ 22 ("Because the Court indicated its preference for briefing, the parties held their 26-7 conference"). As the Court has explained previously, an informal conference with chambers may not be used a substitute for conducting a meet-and-confer. *See Olesczuk*, 2016 U.S. Dist. Lexis 153342, at *2 ("Local Rule 1-1 has not transformed magistrate judges into clearinghouses for resolving insignificant discovery disputes. Counsel are still expected to seek court involvement as a last resort only when a discovery dispute implicates truly significant interests that counsel cannot resolve through reasonable cooperation during the meet-and-confer process").

extension of the discovery cutoff and subsequent deadlines.[2]  The motion to extend is therefore **GRANTED** in part and **DENIED** in part, and deadlines are **SET** as follows:

- Discovery cutoff: January 8, 2018
- Dispositive motions: February 7, 2018
- Joint proposed pretrial order: March 9, 2018

IT IS SO ORDERED.

DATED: October 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] In briefing the motion to extend, the parties provide argument regarding the appropriateness of certain discovery sought. The Court expresses no opinion herein on those issues.