Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON BARNUM, JERRY P. CABEBE, ROBERT SUSTRIK, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:16-cv-02866-RFB-NJK<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**<br>**(Second Request)** |

On August 24, 2017, the Parties Stipulated[1] to Plaintiffs' withdrawal, without prejudice, of their pending Motion for Class Certification and Appointment of Class Counsel[2] ("Plaintiffs' Motion"). On November 7, 2017, the Court entered its Order granting the Parties' Stipulation,

---

[1] ECF Dkt. No. 40.
[2] Plaintiffs filed the Class Certification Motion originally on April 24, 2017. ECF Dkt. No. 25.

1

setting December 8, 2017 for Plaintiffs' deadline to move for class certification, which was consistent with a previously pending deadline for dispositive motions.

On October 20, 2017, Magistrate Judge Koppe ordered that the then pending discovery deadline of November 8, 2017 be extended to January 8, 2018, with dispositive motions due on February 7, 2018.[1] Accordingly, the Parties stipulate the current December 8, 2017 class certification deadline will be continued and the related briefing schedule will proceed as follows:

- Plaintiffs will file a Motion for Class Certification and Appointment of Class Counsel on or before **February 8, 2018**.
- Defendant will file a Response to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel on or before **March 12, 2018**.
- Plaintiffs will file a Reply in Support of their Motion for Class Certification and Appointment of Class Counsel on or before **March 26, 2018**.

The purpose of this request is to afford both parties adequate time to conduct fact discovery before briefing the propriety of class certification. The new proposed schedule is consistent with the Supreme Court's repeated admonition that district courts must conduct a "rigorous analysis" of the relevant facts and law when considering whether to certify a proposed class. *See Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 350-51 (2011) (courts must consider the merits of a case to the extent necessary to determine whether class certification is appropriate); *accord Coopers & Lybrand v. Livesay*, 437 U.S. 463, 469 n. 12 (1978) ("class determination generally involves considerations that are 'enmeshed in the factual and legal issues comprising the plaintiff's cause of action'" (citation omitted)); *General Telephone Co. of the Southwest v. Falcon*, 457 U.S. 147, 160 (1982) (same).

This is the second stipulation to continue the class certification briefing schedule. The stipulation is filed in good faith and is not intended to cause delay. Respectfully submitted this 10th day of November, 2017.

---

[1] ECF Dkt. No. 63.

/ / /

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiffs* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br><br>Zachary A. McEntyre (admitted *pro hac vice*)<br>Misty L. Peterson (admitted *pro hac vice*)<br>KING & SPALDING LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia 30309-3521<br>Tel: (404) 572-4600<br>Fax: (404) 572-5100<br>Email: zmcentyre@kslaw.com<br>Email: mpeterson@kslaw.com<br><br>Bryan E. Zubay (admitted *pro hac vice*)<br>KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002-5213<br>Tel: (713) 276-7358<br>Fax: (713) 751-3290<br>Email: bzubay@kslaw.com<br><br>*Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.

3