Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, JERRY P. CABEBE, ROBERT SUSTRIK, and all similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No. 2:16-cv-02866-RFB-NJK <br><br> **STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY REGARDING MOTION TO COMPEL** <br> **(First Request)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 15(a)(2), LR 7-1, and LR IA 6-2, the parties have stipulated to a two-day extension to for Plaintiffs to file their Reply in Support of Motion Leave to File Supplemental Authority regarding their Motion to Compel, attached hereto as Exhibit 1, The current deadline is November 27 and the new deadline shall be November 29.

1

The parties request this brief extension to provide time to comply with this Court's Order at ECF Dkt. 22. An expedited certified copy of Experian's 30(b)(6) will not be available for re-view until Wednesday, November 23, 2017. Certain passages of that transcript are subject to the procedures this Court outlined in its Order.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Matthew I. Knepper | /s/ Zachary A. McEntyre |
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 13064 |
| Miles N. Clark, Esq. | SNELL & WILMER, LLP |
| Nevada Bar No. 13848 | 3883 Howard Hughes Pkwy, Suite 1100 |
| KNEPPER & CLARK, LLC | Las Vegas, NV 89169 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Tel: 702-784-5200 |
| Las Vegas, NV 89129 | Fax: 702-784-5252 |
| Email: matthew.knepper@knepperclark.com | Email: baustin@swlaw.com |
| Email: miles.clark@knepperclark.com | |
| | Zachary A. McEntyre (admitted *pro hac vice*) |
| David H. Krieger, Esq. | Misty L. Peterson (admitted *pro hac vice*) |
| Nevada Bar No. 9086 | KING & SPALDING LLP |
| HAINES & KRIEGER, LLC | 1180 Peachtree Street N.E. |
| 8985 S. Eastern Avenue, Suite 350 | Atlanta, Georgia 30309-3521 |
| Henderson, NV 89123 | Tel: (404) 572-4600 |
| Email: dkrieger@hainesandkrieger.com | Fax: (404) 572-5100 |
| | Email: zmcentyre@kslaw.com |
| *Attorneys for Plaintiffs* | Email: mpeterson@kslaw.com |
| | |
| | Bryan E. Zubay (admitted *pro hac vice*) |
| | KING & SPALDING LLP |
| | 1100 Louisiana Street, Suite 4000 |
| | Houston, Texas 77002-5213 |
| | Tel: (713) 276-7358 |
| | Fax: (713) 751-3290 |
| | Email: bzubay@kslaw.com |
| | |
| | *Attorneys for Defendant Equifax* |
| | *Information Services, LLC* |

/ / /

**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY REGARDING MOTION TO COMPEL**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: November 22, 2017