# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, et al., | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 78) |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is a motion to seal. Docket No. 78. To the extent Defendant and/or third-party Fidelity National Card Services also believe the materials at issue should be sealed, they shall file a joinder to the motion supported by declaration by January 2, 2018. If no such joinder is filed, the Court will construe that as consent to the unsealing of the materials.

Plaintiff shall immediately serve a copy of this order on Fidelity National Card Services, and shall file a proof of service by December 20, 2017.

IT IS SO ORDERED.

DATED: December 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge