# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, et al., | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 75, 76) |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is a motion to extend the discovery cutoff and revive expired expert deadlines, filed on an emergency basis. *See* Docket No. 75, 76.

First, counsel did not complete their meet-and-confer efforts in their attempt to file the instant motion at least 21 days before the discovery cutoff. *See* Docket No. 75-36 at 2-3 ("I doubt that we will be in a position to provide a substantive response today. I understand that today is the last day for plaintiffs to seek a discovery extension"). Counsel shall continue to confer on whether the above deadlines should be revived and extended. No later than December 20, 2017, Plaintiffs shall file either (1) a stipulation withdrawing the instant motion and offering new deadlines for expert disclosures and the discovery cutoff, or (2) a notice explaining that the meet-and-confer process has concluded without agreement.

Second, to the extent a stipulation is not filed as outlined above, a response to the motion shall be filed by December 27, 2017, and a reply shall be filed by December 29, 2017.

1     Third, at bottom the instant motion seeks to extend the discovery cutoff and revive expired expert deadlines, and addresses the standards for that relief. *See* Docket No. 75 at 19-24. The Court notes that the motion references other relief sought, such as holding an evidentiary hearing, appointing a special master, and ordering an independent audit. *See*, *e.g.*, *id.* at 2 (referencing a new discovery cutoff date measured "from the date this Court appoints a special master pursuant to this motion"). While the motion appears to seek that relief, it provides no legal authority on which the Court can grant it and does not identify the pertinent standards by which the Court would analyze those requests. As such, the only issue properly before the Court at this time is whether to extend the discovery cutoff and revive expired expert deadlines, and the Court will not opine on the ancillary relief discussed in the motion.

    Fourth, the motion and exhibits are nearly 500 pages in length, and Plaintiffs shall deliver a paper copy to the undersigned's box in the Clerk's Office by noon on December 20, 2017. *See* Local Rule IC 2-2(g).

IT IS SO ORDERED.

DATED: December 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge