Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON BARNUM, JERRY P. CABEBE, ROBERT SUSTRIK, and all similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No. 2:16-cv-02866-RFB-NJK <br><br> **STIPULATION TO REOPEN EXPERT DEADLINES AND EXTEND DISCOVERY DEADLINES** <br><br> [Second Stipulation for Discovery Extension] |

Pursuant to this Court's Order [ECF Dkt. 81], the parties to this action have meet and conferred and stipulate that the Discovery cut-off currently set to close on January 8, 2018, by this Court's Order, ECF Dkt. 63, should be extended 105 days to April 23, 2018. Good cause exists for this extension, namely, to resolve Plaintiffs' Emergency Motion to Extend Close of Discovery and Reopen Expert Deadlines (the "Emergency Motion") [ECF Dkt. 75, 76], without

1

requiring Court intervention. The extension would allow 45 additional days to conduct fact discovery, and it would reopen the initial and rebuttal expert deadlines.

**I.       Statement of Discovery Completed**

This is the second stipulation to continue the class certification briefing schedule. The stipulation is filed in good faith and is not intended to cause delay.

1. On February 28, 2017, the Court entered its Initial Scheduling Order and Protective Order.[1] The Scheduling Order set discovery to close on August 7, 2017.[2]
2. On May 22, 2017, the Court granted the parties first stipulation to extend discovery 90 days.[3] This set the discovery deadline to its previous close on November 8, 2017.
3. On October 20, 2017, the court granted a 60-day extension of discovery, setting the current close of discovery at January 8, 2018.
4. On November 15, 2017 Plaintiffs deposed Alicia Fluellen, Equifax's 30(b)(6) witness.
5. On November 29, 2017, Plaintiffs served Equifax with their First Set of Requests for Admissions, and First Supplemental Interrogatories and Requests for Production.
6. On December 7, 2017, nonparty Fidelity Information Services ("FIS") produced documents in response to a subpoena Plaintiffs served on November 17, 2017.
7. On December 13, 2017, Plaintiffs deposed Equifax's second 30(b)(6) witness, Margaret Leslie.
8. On December 18, Plaintiffs filed the Emergency Motion.
9. On December 19, the Court entered an Order requiring the parties to conclude their efforts to meet and confer regarding a stipulation extending discovery, which would resolve Plaintiffs' Emergency Motion and to submit a stipulation no later than December 20, 2017.
10. On December 19 and 20, counsel for the parties conferred by email, exchanging

---

[1] ECF Nos. 19 & 21, respectively.
[2] ECF Dkt. No. 10 at 2.
[3] ECF Dkt. No. 31 (entering Stipulation to Extend, ECF. No 30).

proposals for a stipulation that would resolve Plaintiffs' Emergency Motion. On December 20, the parties reached an agreement on the relief set forth herein.

**II. Statement of Discovery Remaining to be Completed**

Equifax and Plaintiffs have agreed to conduct additional fact discovery for 45 days, to be followed by 60 days of expert discovery. Pursuant to the Court's Order [ECF Dkt. 82] the parties are completing a meet and confer process by Friday, December 22, 2017, which will culminate in a joint statement regarding certain discovery requests to Equifax that remain in dispute and require the Court's assistance in order to reach a resolution, to be filed by December 29, 2017. Plaintiffs intend to disclose experts in computer forensics and forensic accounting, as additional fact discovery and this Court's order on the forthcoming Joint Statement may require. Plaintiffs also anticipate continuing Equifax's 30(b)(6) witnesses for deposition, and if needed, deposing FIS's 30(b)(6) witness.

**III. Reason Discovery Has Not Been Completed**

Plaintiffs recently received the FIS Production that formed the basis of their Emergency Motion. Plaintiffs incorporate by reference their positions in that Motion as though more fully set forth herein. Equifax disagrees with the facts as set forth in Plaintiffs' Emergency Motion and disagrees that Plaintiffs were entitled to any of the relief sought in the Emergency Motion. Nevertheless, in an effort to compromise and to obviate the need for the Court to resolve another dispute about the length of discovery, Equifax agreed to the relief set forth in this Stipulation. It is so stipulated.

**IV. Proposed Amendments to Scheduling Order**

The parties agree that discovery will be extended (105) days, and the scheduling order deadlines will be extended to the following:

(1) Discovery Cut Off: April 23, 2018.

(2) Initial Expert Disclosures: February 23, 2018.

(3) Rebuttal Expert Disclosures: March 23, 2018.[1]

(4) Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel: on or before May 23, 2018.

(5) Responses to Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel: on or before June 22, 2018.

(6) Replies in Support of Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel: on or before July 23, 2018.

///

---

[1] March 24, 2018 is a Saturday.

Dated: December 20, 2017

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiffs* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br><br>Zachary A. McEntyre (admitted *pro hac vice*)<br>Misty L. Peterson (admitted *pro hac vice*)<br>KING & SPALDING LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia 30309-3521<br>Tel: (404) 572-4600<br>Fax: (404) 572-5100<br>Email: zmcentyre@kslaw.com<br>Email: mpeterson@kslaw.com<br><br>Bryan E. Zubay (admitted *pro hac vice*)<br>KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002-5213<br>Tel: (713) 276-7358<br>Fax: (713) 751-3290<br>Email: bzubay@kslaw.com<br><br>*Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 21, 2017

5