Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, JERRY P. CABEBE, ROBERT SUSTRIK, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant | Case No.: 2:16-cv-02866-RFB-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' EMERGENCY MOTION TO EXTEND CLOSE OF DISCOVERY AND REOPEN EXPERT DEADLINES** |

PLEASE TAKE NOTICE that pursuant to the Court's Order (ECF Dkt.81), the parties

have stipulated Plaintiffs' withdrawal of their Emergency Motion to Extend Close of Discovery

[Proposed] Stipulation and Order to Withdraw Plaintiffs' Emergency Motion to Extend Close of Discovery and Reopen Expert Deadlines - 1

(Third Request) (ECF Dkt. 75) and Emergency Motion to Reopen Expert Deadlines (ECF Dkt. 76).

IT IS SO STIPULATED.

Dated: December 20, 2017

| | |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Bradley T. Austin* |
| Matthew I. Knepper, Esq. | Bryan Zubay, Esq. |
| Nevada Bar No. 12796 | KING & SPALDING LLP |
| Miles N. Clark, Esq. | 1100 Louisiana, Ste. 4000 |
| Nevada Bar No. 13848 | Houston, TX 77002 |
| KNEPPER & CLARK LLC | Email: bzubay@kslaw.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | Misty L. Peterson, Esq. |
| | Zachary A. McEntyre, Esq. |
| David H. Krieger, Esq. | KING & SPALDING LLP |
| Nevada Bar No. 9086 | 1180 Peachtree Street NE |
| HAINES & KRIEGER, LLC | Atlanta, GA 30309 |
| Email: dkrieger@hainesandkrieger.com | Email: mpeterson@kslaw.com |
| | Email: zmcentyre@kslaw.com |
| *Counsel for Plaintiff* | |
| | Bradley T. Austin, Esq. |
| | Nevada State Bar No. 13064 |
| | SNELL & WILMER LLP |
| | 3883 Howard Hughes Pkwy., Ste. 1100 |
| | Las Vegas, NV 89169 |
| | Email: baustin@swlaw.com |
| | |
| | *Counsel for Equifax Information Services, LLC* |

## **ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED December 21, _____ 2017

[Proposed] Stipulation and Order to Withdraw Plaintiffs' Emergency Motion to Extend Close of Discovery and Reopen Expert Deadlines - 2