UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, et al., | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 78) |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is a motion to seal. Docket No. 78. The sealed materials were filed in relation to an underlying motion to reopen and extend certain deadlines. *See* Docket Nos. 75, 76. The underlying motion has since been withdrawn, obviating the need for any consideration of the sealed materials. *See* Docket No. 84. As such, the sealed materials at Docket No. 77 are hereby **STRICKEN** from the record. The motion to seal is **DENIED** as moot.

Plaintiff shall promptly serve a copy of this order on Fidelity National Card Services, and shall file a proof of service by December 22, 2017.

IT IS SO ORDERED.

DATED: December 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge