Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON BARNUM, JERRY P. CABEBE, ROBERT SUSTRIK, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant | Case No.: 2:16-cv-02866-RFB-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT STATEMENT PURSUANT TO ECF NOS. 82 & 91**<br><br>**[SECOND REQUEST]** |

The parties present this second and final Stipulation to Extend Time for the Parties to Submit Joint Statement Pursuant to this Court's Orders at ECF Nos. 82 & 91. The current deadline

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT STATEMENT PURSUANT TO ECF NOS. 82 & 91[SECOND REQUEST] - 1

pursuant to ECF No. 91 is Friday, January 12, ~~2017~~ **2018**.  The parties seek a seven-day extension to January 19, ~~2017~~ **2018**.

In accordance with this Court's Order at ECF No. 91, Equifax served its responses to Plaintiffs' Requests for Admission, and First Supplemental Interrogatories and Requests for Production on December 29, 2017.  Also in accordance with the Court's Order, on January 5, 2018, the parties completed their LR 26-7 meet & confer efforts regarding the FIS Master Agreement and Equifax's responses to Plaintiffs' supplemental discovery requests.

/ / /

/ / /

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT STATEMENT PURSUANT TO ECF NOS. 82 & 91[SECOND REQUEST] - 2

Good cause exists for this final extension because it will provide the parties additional time to fully integrate into the Joint Statement their respective positions in light of the recent round of discovery responses and subsequent meet and confer.

IT IS SO STIPULATED.

Dated: January 8, 2018

| /s/ *Matthew I. Knepper* | /s/ *Zach A. McEntyre* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Bryan Zubay, Esq.<br>KING & SPALDING LLP<br>1100 Louisiana, Ste. 4000<br>Houston, TX 77002<br>Email: bzubay@kslaw.com<br><br>Misty L. Peterson, Esq.<br>Zachary A. McEntyre, Esq.<br>KING & SPALDING LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Email: mpeterson@kslaw.com<br>Email: zmcentyre@kslaw.com<br><br>Bradley T. Austin, Esq.<br>Nevada State Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Equifax Information Services, LLC* |

## **ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED ___January 8,_____ 2018

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT STATEMENT PURSUANT TO ECF NOS. 82 & 91[SECOND REQUEST] - 3