# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, et al., | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 96) |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to compel and Defendant's counter-motion for protective order, filed as a joint statement. Docket No. 96. The Court hereby **SETS** a hearing on that dispute for 11:00 a.m. on March 9, 2018, in Courtroom 3A.

IT IS SO ORDERED.

DATED: March 1, 2018

                                                                                                   NANCY J. KOPPE
                                                                                                    United States Magistrate Judge