# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, et al.,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendant(s). | Case No.: 2:16-cv-02866-RFB-NJK<br><br>**Order**<br><br>[Docket No. 117] |

Pending before the Court is a stipulation to extend the deadline for rebuttal expert reports from May 23, 2018, to June 13, 2018. Docket No. 117. The stipulation is hereby **GRANTED**. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: May 15, 2018

                                                                              _____
                                                                              Nancy J. Koppe
                                                                              United States Magistrate Judge

1