# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHARON BARNUM, et al.,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant(s).

Case No.: 2:16-cv-02866-RFB-NJK

**Order**

[Docket No. 119]

Class certification and dispositive motions are due on July 23, 2018. Docket No. 116 at 3. Now pending before the Court is a stipulation to stay those proceedings based on the representation that a discovery dispute has arisen with respect to which Plaintiffs anticipate filing a motion. Docket No. 119. In particular, the parties indicate it would save resources to delay proceedings while the discovery dispute is resolved. *See, e.g.*, *id.* at 3. The Court does not grant such relief based on hypothetical filings. *Cf. Kalling v. Cannery Casino Resorts, LLC*, 2018 U.S. Dist. 71515, at *2 (D. Nev. Apr. 27, 2018). As the identified discovery-related motion has yet to be filed, the stipulation to stay proceedings based on that motion is premature.[1]

---

[1] Courts are generally reluctant to delay proceedings based solely on the assertion that continuing on with the case may result in some expenditure of resources or inconvenience. *Cf. Turner Broadcasting Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997). The stipulation fails to provide meaningful discussion as to how the discovery dispute could (if granted) impact the class certification and summary judgment motions, as well as why such potential impact is sufficiently significant to delay this case.

1

Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: July 3, 2018

_____
Nancy J. Koppe
United States Magistrate Judge