Bradley T. Austin
Nevada Bar No. 13064
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Zachary A. McEntyre (admitted *pro hac vice*)
Misty L. Peterson (admitted *pro hac vice*)
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Tel: 404-572-4600
Fax: 404-572-5100
Email:  zmcentyre@kslaw.com
        mpeterson@kslaw.com

*Attorneys for Defendant Equifax
Information Services, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM and ROBERT SUSTRIK, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:16-cv-02866-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND MOTION FOR CLASS CERTIFICATION**<br><br>**(SIXTH REQUEST)** |

Plaintiffs Sharon Barnum and Robert Sustrik ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax") have agreed and stipulated to the following:

1. The current deadline for filing dispositive motions and a motion for class certification (the "Motions Deadline") is July 23, 2018. (*See* Fifth Stip. to Extend Disc. Deadlines [Dkt. 117]; Order [Dkt. 118].)

2. On June 22, 2018, Equifax served Plaintiff with data it obtained from third-party Fidelity National Card Services, Inc. (the "FIS Production"). As detailed in the briefing on Plaintiffs' Emergency Motion to Compel and for Sanctions (the "Emergency Motion") [Dkts. 121,

1

122, 128, 129, 132], Plaintiffs raised objections to the propriety of the FIS Production and sought various information from Equifax pertaining to the FIS Production. The parties thereafter exchanged numerous emails and ultimately conducted a Rule 26-7 conference on Friday, June 29, 2018. Both parties devoted significant time to preparing for and attending the Rule 26-7 conference.

3. The conference was unsuccessful in resolving Plaintiffs' objections to the FIS Production and request for information, and Plaintiffs informed Equifax that they would therefore file their Emergency Motion.

4. Recognizing that the Emergency Motion would require significant—and immediate—attention from both parties, the parties agreed to a stay of the Motions Deadline pending resolution of the Emergency Motion and thus filed, on July 2, 2018, their Stipulation [Dkt. 119] for such a stay.

5. On July 5, 2018, the Court denied the stay requested in the Stipulation, without prejudice, because Plaintiffs had not yet actually filed their Emergency Motion. (*See* Order Dkt. 120 (emphasis added) ("The Court does not grant such relief based on hypothetical filings.").)

6. On the afternoon of Friday, July 6, 2018, Plaintiffs filed their Emergency Motion.

7. Equifax immediately began preparing its response to the Emergency Motion, which it filed on the morning of Monday, July 9, 2018 [Dkt. 128].

8. On July 10, 2018, Plaintiffs filed their reply in support of the Emergency Motion [Dkt. 132].

9. On the same day—July 10, 2018—the Court denied the Emergency Motion.

10. Addressing the dispute over the FIS Production required significant time and attention from the parties (beginning on Monday, June 25 and extending through the course of the July Fourth holiday, through yesterday) that necessarily could not be devoted to dispositive and class-certification motions. The parties agree that they both will be prejudiced if the Motions Deadline is not extended slightly to account for this lost time.

11. Accordingly, the parties respectfully request that the Court extend the Motions Deadline and related deadlines by two weeks, as follows:

- 2 -

| Event | Old Deadline | New Deadline |
|---|---|---|
| Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel | July 23, 2018 | **August 6, 2018** |
| Responses to Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel | August 21, 2018 | **September 4, 2018** |
| Replies in Support of Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel | September 21, 2018 | **October 5, 2018** |

IT IS SO STIPULATED.

Dated: July 11, 2018

| | |
|---|---|
| /s/ *Matthew Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Bradley Austin* <br> Misty L. Peterson, Esq. <br> Zachary A. McEntyre, Esq. <br> KING & SPALDING LLP <br> 1180 Peachtree Street NE <br> Atlanta, GA 30309 <br> Email: mpeterson@kslaw.com <br> Email: zmcentyre@kslaw.com <br><br> Bryan Zubay, Esq. <br> KING & SPALDING LLP <br> 1100 Louisiana, Ste. 4000 <br> Houston, TX 77002 <br> Email: bzubay@kslaw.com <br><br> Bradley T. Austin, Esq. <br> Nevada State Bar No. 13064 <br> SNELL & WILMER, LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br><br> *Counsel for Equifax Information Services, LLC* |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**ORDER**

**IT IS SO ORDERED**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: July 12, 2018

4822-5192-1005.1

- 4 -