**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON BARNUM, et al., ) | Case No. 2:16-cv-02866-RFB-NJK |
| ) Plaintiffs, ) | |
| ) | ORDER |
| vs. ) | (Docket No. 142) |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| ) Defendant. ) | |

Pending before the Court is the parties' stipulation to continue the hearing currently set for August 9 2018. Docket No. 142.

For good cause shown, the Court **GRANTS** the stipulation and continues the hearing to August 22, 2018, at 11:00 a.m., in Courtroom 3C. With the exception of the date of the hearing, all requirements and deadlines set forth in the Court's order at Docket No. 138 continue to govern.

IT IS SO ORDERED.

DATED: July 30, 2018.

NANCY J. KOPPE
United States Magistrate Judge