1  Bradley T. Austin
   Nevada Bar No. 13064
2  Snell & Wilmer L.L.P.
   3883 Howard Hughes Pkwy, Suite 1100
3  Las Vegas, NV 89169
   Tel : 702-784-5200
4  Fax : 702-784-5252
   Email : baustin@swlaw.com

5

   Zachary A. McEntyre (admitted *pro hac vice*)
6  Misty L. Peterson (admitted *pro hac vice*)
   King & Spalding LLP
7  1180 Peachtree Street, N.E.
   Atlanta, GA 30309-3521
8  Tel: 404-572-4600
   Fax: 404-572-5100
9  Email: zmcentyre@kslaw.com
          mpeterson@kslaw.com
10

   *Attorneys for Defendant Equifax*
11 *Information Services, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON BARNUM, ROBERT SUSTRIK, and all similarly situated individuals, | Case No. 2:16-cv-02866-RFB-NJK |
| Plaintiffs, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND FROM CASE** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

On behalf of Defendant Equifax Information Services, LLC, attorney Bryan E. Zubay hereby requests his removal from the CM/ECF Service List and as an attorney of record in this matter because Mr. Zubay will no longer be employed by King & Spalding, and therefore his representation of the firm's clients has ended.

///

///

///

///

///

4839-6434-2639.1

1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  Mr. Zubay's withdrawal from the CM/ECF Service List and case will in no way delay the
2  litigation, as Bradley T. Austin, Zachary A. McEntyre, Misty L. Peterson, and Kevin J. O'Brien
3  will remain counsel of record for Equifax Information Services, LLC going forward.

4  Respectfully submitted this 7th day of August, 2018.

/s/ *Bradley Austin*
Bradley T. Austin
SNELL & WILMER, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Zachary A. McEntyre (admitted *pro hac vice*)
Misty L. Peterson (admitted *pro hac vice*)
Kevin J. O'Brien (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: zmcentyre@kslaw.co
Email: mpeterson@kslaw.com
Email: kobrien@kslaw.com

Bryan E. Zubay (admitted *pro hac vice*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002-5213
Tel: (713) 276-7358
Fax: (713) 751-3290
Email: bzubay@kslaw.com

*Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2018

4839-6434-2639.1