# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHARON BARNUM, et al.,
    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant(s).

Case No.: 2:16-cv-02866-RFB-NJK

**Order**

[Docket No. 125]

Pending before the Court is Plaintiffs' motion to seal and/or redact certain exhibits filed in conjunction with a motion to compel and for sanctions. Docket No. 125. A hearing is set for August 22, 2018. The Court does not require a hearing on the two FIS Card exhibits at issue.[1]

With respect to Exhibit J, FIS Card indicates that the document has already been filed publicly and sealing is not sought. Docket No. 164 at 1 n.1.[2] With respect to Exhibit I, that compact disc includes batch reports with extensive information. FIS Card represents it maintains such information as confidential and that disclosure of that information would enable competitors to reverse engineer its proprietary information. *See* Docket No. 164 at 4. The Court finds such

---

[1] The hearing will proceed as scheduled with respect to the remaining exhibits.

[2] The publicly-filed version of this document includes redaction to Plaintiff's home addresses. Docket No. 96-32. Such redactions are proper without a court order. *See* Local Rule IC 6-1(a)(5).

1

showing satisfies the applicable good cause standard. *See, e.g.*, *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Accordingly, the motion to seal is **DENIED** as moot with respect to Exhibit J and the motion to seal is **GRANTED** as to Exhibit I.

IT IS SO ORDERED.

Dated: August 21, 2018

                                                                        Nancy J. Koppe
United States Magistrate Judge