Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON BARNUM and ROBERT SUSTRIK, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 2:16-cv-02866-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND MOTION FOR CLASS CERTIFICATION**<br><br>**(TENTH REQUEST)** |

Plaintiffs Sharon Barnum and Robert Sustrik ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax") have agreed and stipulated to the following:

1. The current deadline for filing replies in support of dispositive motions and the motion for class certification is October 19, 2018 (the "Motions Reply Deadline"). (*See* Ninth Stip.

- 1 -

to Extend Disc. Deadlines [ECF No. 168]; Order [ECF No. 169].)

2. Due to the volume of evidence and the complexity of the issues raised in the parties' respective motions, the fact that the parties filed cross-motions for summary judgment, and pressing obligations in other pending matters, the parties require additional time to brief their Replies.

3. The parties respectfully request that the Court extend the Motions Reply Deadline by 10 days, as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Replies in Support of Dispositive Motions and Motion for Class Certification and Appointment of Class Counsel | October 19, 2018 | **October 29, 2018** |

IT IS SO STIPULATED, dated October 15, 2018.

| | |
|---|---|
| */s/ Matthew I. Knepper* | */s/ Misty L. Peterson* |
| Matthew I. Knepper, Esq. | Zachary A. McEntyre, Esq. |
| Nevada Bar No. 12796 | Misty L. Peterson, Esq. |
| Miles N. Clark, Esq. | KING & SPALDING LLP |
| Nevada Bar No. 13848 | 1180 Peachtree Street NE |
| KNEPPER & CLARK LLC | Atlanta, GA 30309 |
| Email: matthew.knepper@knepperclark.com | Email: mpeterson@kslaw.com |
| Email: miles.clark@knepperclark.com | Email: zmcentyre@kslaw.com |
| | |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Nevada State Bar No. 13064 |
| HAINES & KRIEGER, LLC | SNELL & WILMER, LLP |
| Email: dkrieger@hainesandkrieger.com | 3883 Howard Hughes Pkwy., Ste. 1100 |
| | Las Vegas, NV 89169 |
| *Counsel for Plaintiff* | Email: baustin@swlaw.com |
| | |
| | *Counsel for Equifax Information Services, LLC* |

*Cabebe v. Equifax Information Services, LLC*
Case No. 2:16-cv-02866-RFB-NJK

**ORDER GRANTING**
**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND MOTION FOR CLASS CERTIFICATION**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of October, 2018.